```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   MELCHOR INCIONG,                    CASE NO. CV 10 3384 SBA
12              Plaintiff,               [PROPOSED] ORDER GRANTING
                                         DEFENDANT REDKEN
13        vs.                            LABORATORIES, INC. LONG
                                         TERM DISABILITY PLAN'S
14   FORT DEARBORN LIFE                  APPLICATION FOR
     INSURANCE COMPANY, and              REPRESENTATIVE TO APPEAR
15   REDKEN LABORATORIES, INC.           TELEPHONICALLY AT
     LONG TERM DISABILITY PLAN,          SETTLEMENT CONFERENCE
16
                Defendants.
17
18
19
20
21
22
23
24
25
26
27
28
```

# [PROPOSED] ORDER

Having reviewed Defendant Redken Laboratories, Inc. Long Term Disability Plan's Application for Representative to Appear Telephonically at Settlement Conference, and good cause appearing therefor, the Court hereby orders as follows:

1. The Court hereby orders that the representative for Defendant Redken Laboratories may appear telephonically at the Mandatory Settlement Conference currently set in this matter for May 5, 2011, at 2:00 p.m.

DATED: 5-2-11

HONORABLE JAMES LARSON
Magistrate Judge, United States District Court

Respectfully submitted,

DATED: April 28, 2011

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Felicia A. Davis
FELICIA A. DAVIS

Attorneys for Defendant
REDKEN LABORATORIES, INC.
LONG TERM DISABILITY PLAN