1  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
2  CAROLINE LEE ELKIN (SB# 209156)
   carolineelkin@paulhastings.com
3  FELICIA A. DAVIS (SB# 266523)
   feliciadavis@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   Attorneys for Defendant/Cross-Claimant
8  REDKEN LABORATORIES, INC.
   LONG TERM DISABILITY PLAN
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  MELCHOR INCIONG,                          CASE NO. CV 10-03384 SBA

14              Plaintiff,                     **STIPULATION FOR DISMISSAL
                                               WITHOUT PREJUDICE OF DEFENDANT
15       vs.                                   REDKEN LABORATORIES, INC. LONG
                                               TERM DISABILITY PLAN AND
16  FORT DEARBORN LIFE INSURANCE               [PROPOSED] ORDER**
    COMPANY, and REDKEN
17  LABORATORIES, INC. LONG TERM
    DISABILITY PLAN,                           Judge:   Hon. Saundra Brown Armstrong
18
                Defendants.
19

20  REDKEN LABORATORIES, INC. LONG
    TERM DISABILITY PLAN,
21
                Cross-Claimant,
22
         vs.
23
    FORT DEARBORN LIFE INSURANCE
24  COMPANY,

25              Cross-Defendant.

26

27

28

Case No. CV 10-03384 SBA                              STIPULATION FOR DISMISSAL OF
                                                     DEFENDANT REDKEN LTD PLAN AND
LEGAL_US_W # 67686675.5                                       [PROPOSED] ORDER

Plaintiff Melchor Inciong ("Plaintiff" or "Inciong"), Defendant Fort Dearborn Life Insurance Company ("Fort Dearborn") and Defendant Redken Laboratories, Inc. Long Term Disability Plan ("the Plan") hereby stipulate, by and through their counsel of record, as follows:

1.      Plaintiff Inciong has identified both Fort Dearborn and the Plan as defendants in this lawsuit filed under the Employee Retirement Income Security Action of 1974, as amended ("ERISA").  Plaintiff has served Defendants Fort Dearborn and the Plan with the Complaint, and Fort Dearborn and the Plan filed Answers disputing Plaintiff's entitlement to long-term disability benefits.  The Plan also filed a Cross-Claim against Fort Dearborn for indemnity and contribution.

2.      If and to the extent that disability benefits under the Plan (which was insured by Fort Dearborn pursuant to policy number CA3963) are awarded to Plaintiff pursuant to the present litigation, Fort Dearborn agrees that it will be responsible for any judgment pursuant to the terms of its policy.  This includes any award of benefits, remand, reinstatement of the Plan pursuant to the terms of disability policy number CA3963, reinstatement of the life insurance waiver of premium benefit insured by Fort Dearborn pursuant to the terms of the life policy CA3963-001, attorneys' fees, interest, costs arising from Fort Dearborn's administration of Plaintiff's claim for disability benefits as discussed in the Complaint, including denial of group long-term disability benefits.

3.      If and to the extent Fort Dearborn settles Plaintiff's claims, Fort Dearborn agrees that it will be responsible for satisfaction of the settlement.  This includes any settlement of attorneys' fees, interest, costs and such other relief agreed upon by Plaintiff and Fort Dearborn.

4.      Fort Dearborn stipulates that it will not raise any defense to Plaintiff's allegations of entitlement to long-term disability benefits under the Plan or any other recovery related to those benefits sought in the Complaint based on the dismissal of the Plan and/or the

STIPULATION FOR DISMISSAL OF DEFENDANT REDKEN LTD PLAN AND [PROPOSED] ORDER

absence of the Plan from the litigation.  However, by this stipulation, the parties acknowledge that Defendants do not waive or alter any other of their available procedural or substantive defenses in this litigation.

5.      In this lawsuit, the pleadings are closed and Plaintiff does not seek any benefits or relief from the Plan other than those outlined in the Complaint and insured by Fort Dearborn.

6.      Based on the stipulations set forth in paragraphs 1 through 5 above, the Plan shall be dismissed from this lawsuit without prejudice, with the action to continue solely against Fort Dearborn.  In addition, the Plan shall dismiss its Cross-Claim against Fort Dearborn without prejudice.

IT IS SO STIPULATED.

DATED: July 22, 2011             GLENN R. KANTOR
                                 BRENT DORIAN BREHM

                                 KANTOR & KANTOR, LLP


                                 By: _____/s/ Brent Dorian Brehm_____
                                          BRENT DORIAN BREHM

                                 Attorneys for Plaintiff
                                 MELCHOR INCIONG

STIPULATION FOR DISMISSAL OF
DEFENDANT REDKEN LTD PLAN AND
[PROPOSED] ORDER

1    DATED:  July 20, 2011          ANNA M. MARTIN
                                    WILLIAM REILLY
2
                                    RIMAC MARTIN, P.C.
3

4
                                    By: _____/s/ Anna M. Martin_____
5                                                    ANNA M. MARTIN

6                                   Attorneys for Defendant/Cross-Defendant
                                    FORT DEARBORN LIFE INSURANCE COMPANY
7

8    DATED:  July 20, 2011          STEPHEN H. HARRIS
                                    CAROLINE LEE ELKIN
9                                   FELICIA A. DAVIS

10                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                                  By: _____/s/ Felicia A. Davis_____
                                                     FELICIA A. DAVIS
13
                                    Attorneys for Defendant/Cross-Claimant
14                                  REDKEN LABORATORIES, INC. LONG TERM
                                    DISABILITY PLAN
15

16

17             **DECLARATION RE CONCURRENCE OF SIGNATORIES**

18               **UNITED STATES DISTRICT COURT, N.D. CAL.**

19                          **GENERAL ORDER 45**

20

21          The undersigned ECF filer hereby attests that concurrence in the filing of the

22   foregoing document has been obtained from counsel for defendants and that a record supporting

23   this concurrence is available for inspection or production if so ordered.

24          I declare under penalty of perjury under the laws of the United States of America

25   that the foregoing is true and correct. _____/s/ Felicia A. Davis_____

26                                          Felicia A. Davis

27

28

Case No. CV 10-03384 SBA                                STIPULATION FOR DISMISSAL OF
                                          -3-           DEFENDANT REDKEN LTD PLAN AND
LEGAL_US_W # 67686675.5                                 [PROPOSED] ORDER

1

## [PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

DATED: 7/25/11

4

By: _____

5

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 10-03384 SBA

LEGAL_US_W # 67686675.5

-4-

STIPULATION FOR DISMISSAL OF
DEFENDANT REDKEN LTD PLAN AND
[PROPOSED] ORDER