UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELCHIOR INCIONG,<br><br>           Plaintiff,<br><br>     vs.<br><br>FORT DEARBORN LIFE INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No:  C 10-3384 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Docket 34, 38 |

The hearing on the parties' summary judgment motions (Dkt. 34, 38) and the Case Management Conference scheduled for September 13, 2011 are CONTINUED to **October 25, 2011 at 1:00 p.m.** The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: September 6, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge