UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELCHIOR INCIONG,<br><br>    Plaintiff,<br><br>vs.<br><br>FORT DEARBORN LIFE INSURANCE COMPANY, and REDKEN LABORATORIES, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No:  C 10-03384 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant Fort Dearborn Life Insurance Company.

IT IS SO ORDERED.

Dated: March 30, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge