UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELCHIOR INCIONG,<br><br>  Plaintiff,<br><br>vs.<br><br>FORT DEARBORN LIFE INSURANCE COMPANY, and REDKEN LABORATORIES, INC. LONG TERM DISABILITY PLAN,<br><br>  Defendants. | Case No: C 10-03384 SBA<br><br>**ORDER UNSEALING FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Based on the Joint Report Regarding Redaction (Dkt. 57),

IT IS HEREBY ORDERED THAT the Findings of Fact and Conclusions of Law (Dkt. 55) shall be UNSEALED.

IT IS SO ORDERED.

Dated: April 23, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge